UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:                                                            Case No. 8:19-bk-00472-MGW
Elsa Maria Sosa                                              Chapter 7

_____Debtor._____ /

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Elizabeth Eckhart, Esq., hereby gives notice of appearance in this cause as Counsel for Creditor, The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8 Mortgage Pass-Through Certificates Series 2006-AR8. The Clerk shall furnish a copy of all pleadings to the undersigned that would be served upon creditors in this proceeding. The property address associated with the undersigned representation is 12534 Lake Vista Drive, Gibsonton, FL 33534.

The loan is currently serviced by Nationstar Mortgage, LLC d/b/a Mr. Cooper.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via CM/ECF electronic filing or via first class U.S. Mail to the following on this 25th day of January, 2019.

Elsa Maria Sosa, 12916 Parkington Dr, Gibsonton, FL 33534
Jorge A Acosta, Jorge O Acosta, Esq, PO Box 4410, Tampa, FL 33677
Carolyn R. Chaney, P.O. Box 530248, St Petersburg, FL 33747
United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602

/s/Elizabeth Eckhart
Elizabeth Eckhart
FL Bar # 0048958
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: 813-319-5278
Fax: (813) 880-8800
E-mail: eeckhart@logs.com

15-286442