ORDERED.

Dated:  March 25, 2019

Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:                                                            Case No. 8:19-bk-00472-MGW
Elsa Maria Sosa                                                   Chapter 7

            Debtor.                                    /

**AGREED ORDER GRANTING MOTION FOR RELIEF
FROM THE AUTOMATIC STAY
(DOC. NO. 12) (RE: 12534 Lake Vista Drive, Gibsonton, FL 33534)**

THIS matter came on for consideration upon the Motion of Creditor, The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8 Mortgage Pass-Through Certificates Series 2006-AR8, seeking modification of the automatic stay (Doc. No. 12).  An agreement was reached with the Chapter 7 Trustee and therefore, it is

**ORDERED:**

1. That the Motion for Relief from the Automatic Stay is hereby granted.

2. That the automatic stay is hereby modified for the sole purpose of allowing movant to obtain an *in rem* judgment against the following described real property:

   LOT 18, BLOCK 12, KINGS LAKE PHASE 3, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 94, PAGE 12, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA

   Said property also bears a common address of:

12534 Lake Vista Drive, Gibsonton, FL 33534

3. The effective date of this order is delayed ninety days to allow the Chapter 7 Trustee to attempt to market and sell the subject property.

4. This Agreed Order grants in rem relief only and does not authorize movant to seek or obtain *in personam* relief against the Debtor.

XXX

Attorney Elizabeth Eckhart is directed to serve a copy of this order on interested parties who do not received service by CM/ECF and file a proof of service within 3 days of entry of the order.

Order Prepared by: Elizabeth Eckhart

15-286442