

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/13/2019 09:30 AM

COURTROOM   8A

HONORABLE MICHAEL WILLIAMSON

CASE NUMBER:                                         FILING DATE:

**8:19-bk-00472-MGW**          **7**          **01/18/2019**

**Chapter 7**

**DEBTOR:**          Elsa Sosa

**DEBTOR ATTY:**   **Jorge Acosta**

**TRUSTEE:**          **Carolyn Chaney**

**HEARING:**

Motion For Sanctions for Violation of the Automatic Stay under 11 U.S.C. Sec. 362.   Filed by Richard M Dauval on behalf of
          Trustee Carolyn R. Chaney   Doc. 27

**APPEARANCES:**:
Richard Dauval for Trustee
**WITNESSES:**

**EVIDENCE:**

**RULING:**
Motion For Sanctions for Violation of the Automatic Stay under 11 U.S.C. Sec. 362.   Filed by Richard M Dauval on behalf of
Trustee Carolyn R. Chaney   Doc. 27 -   Granted, ltd. extent; Ct. reserves Juris. to enforce, order by Dauval
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders
not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket
entry/document is not an official order of the Court.