ORDERED.

**Dated:  June 19, 2019**

Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                          Case No.: 8:19-bk-00472-MGW
                                                                                                Chapter 7
Elsa Maria Sosa

             DEBTOR(S)                              /

ORDER ON TRUSTEE'S MOTION FOR RELIEF FROM
VIOLATION OF THE AUTOMATIC STAY AND REQUEST FOR SANCTIONS

THIS CASE came for hearing before the Court on June 13, 2019 at 9:30 am upon Trustee Carolyn Chaney's *Motion for Relief from Violation of the Automatic Stay and Request for Sanctions* (hereinafter the "Motion") (Dkt. 27).  Richard M. Dauval, Esq. appeared on behalf of the Trustee.  No other appearances were made. The Court, having considered the proffers of counsel, the papers filed in this case and the record, finds that the Motion is well taken and should be GRANTED. Accordingly, it is:

**ORDERED AND ADJUDGED:**

1.      The Motion is GRANTED.

2.      **Headwolf, Incorporated**, and any other party who, without the consent of the Trustee, exercises dominion, control or possession (including the collection of residential rents) of real property located at 12534 Lake Vista Drive, Gibsonton, FL 33534, or any

other property of the instant bankruptcy estate, is in violation of the automatic stay pursuant to § 11 U.S.C. 362.

3. **Headwolf, Incorporated**, and any related parties, shall immediately cease any further violations of the automatic stay.

4. **Headwolf, Incorporated**, and any related parties who collected rents duly owed to the bankruptcy estate, shall turn the same over to the Trustee within ten (10) days from the entry of this order.  Said rent shall be tendered to:

> Carolyn Chaney, Trustee
> P. O. Box 530248
> Saint Petersburg, FL 33747

5. In the event **Headwolf, Incorporated** fails to provide the Trustee with the rents referenced above, or continues to violate the automatic stay, the Court will consider the issuance of a bench warrant directing the United States Marshals Service to take possession of the principals of **Headwolf, Incorporated** and deliver those persons before the Court for determination of appropriate sanction.

6. The Court shall retain jurisdiction over this matter to consider further enforcement of its directives.

Attorney, Richard M. Dauval, Esq., is directed to serve a copy of this order on interested parties who are non –CM/ECF users and file a proof of service within 3 days of entry of the order.